| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HUFF, MARILYN L. | 2. Court or Organization USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report 05/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)  □ Nomination, Date  □ Initial ☑ Annual □ Final  5b. □ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address 940 FRONT STREET, SUITE 5135 SAN DIEGO, CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

□ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Secretary | Federal Judges Association |
| 3. | . |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Huff, Marilyn L.

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/10 | DLA, Piper Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5-22-10 - 5-23-10 | Washington, D.C. | Board Meeting | Lodging, Food |
| 2. | George Washington University | 5-11-10 | Washington, D.C. | Speaker | Travel, Food |
| 3. | Colorado Bar Association | 6-2-10 - 6-3-10 | Denver, CO | Speaker | Travel, Lodging, Food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan | Share of real estate mortgage | K |
| 2. Union Bank | Real estate mortgage | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. B Inv., San Diego, CA (T) | E | Rent | O | W | | | | | |
| 2. Sun Oil | A | Dividend | K | T | | | | | |
| 3. Rental property, San Diego, CA (T) | C | Rent | N | W | | | | | |
| 4. Wells Fargo Accounts-SDCA (T) | B | Interest | M | T | | | | | #97 2010 Rpt in #4 |
| 5. 401k & Profit Sharing * Total Value | F | Dividend | P1 | T | | | | | |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Trust B Real Estate Trust Deed Fund | C | Interest | M | T | | | | | No control. See Note VIII |
| 8. Vanguard Total Intl Stock In | C | Dividend | M | T | | | | | |
| 9. Vanguard Total Bond Index Sig | C | Interest | M | T | | | | | |
| 10. Vanguard ST Bond Index | D | Interest | N | T | | | | | |
| 11. Vanguard In. S&P 500 | D | Dividend | N | T | | | | | |
| 12. Vanguard Value Index | C | Dividend | M | T | | | | | |
| 13. Vanguard Growth Index | B | Dividend | M | T | | | | | |
| 14. Vanguard Sm. Cap Stock Index (sig) | A | Dividend | K | T | | | | | |
| 15. Dodge & Cox Intl. | A | Dividend | L | T | | | | | |
| 16. Spartan Ext. Market | A | Dividend | K | T | | | | | |
| 17. T. Rowe Price Intl. Bond | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl. Growth Port. | A | Dividend | K | T | | | | | |
| 19. Pimco Foreign | C | Interest | L | T | | | | | |
| 20. Vanguard Windsor II | B | Dividend | L | T | | | | | |
| 21. Vanguard Sm. Cap Value | B | Dividend | M | T | | | | | |
| 22. I Shares MSC 1 EFT | A | Dividend | K | T | | | | | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corp. | D | Interest | L | T | | | | | |
| 25. Vanguard GNMA | C | Interest | M | T | | | | | |
| 26. Vanguard Large Cap ETF | B | Dividend | L | T | | | | | |
| 27. Vanguard Infl. Prot. | C | Interest | M | T | | | | | |
| 28. Pimco Total Return | B | Interest | L | T | | | | | |
| 29. I Shares Rus Micro EFT | A | Dividend | L | T | | | | | |
| 30. Wisdom Tree Int'l. | A | Dividend | K | T | | | | | |
| 31. CH Cash Management (AP) | A | Interest | K | T | | | | | |
| 32. Vanguard IT Invest Gr. Adm | D | Interest | M | T | | | | | |
| 33. Vanguard Dev. Mkts | A | Dividend | K | T | | | | | |
| 34. Vanguard Emerg. Mkts. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Intl. Value #46 | B | Dividend | L | T | | | | | |
| 36. Vanguard Intl. Grow Adm | A | Dividend | K | T | | | | | |
| 37. Vanguard Sm FtSE Ex US | | None | L | T | | | | | |
| 38. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 39. Live Oak Assoc III | | None | J | T | | | | | |
| 40. Sterling Trust Co. IRA mm Phair RE | A | Interest | K | T | | | | | Formerly First Reg. Bank |
| 41. END OF ASSETS IN 401(k) | | | | | | | | | |
| 42. IRA Western National (Am. Gen.) | A | Interest | K | T | | | | | |
| 43. Charles Schwab IRA Total Value ** | E | Int./Div. | PI | T | | | | | Assets listed below |
| 44. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 45. Glaxo Smith Kline | A | Dividend | | | Sold | 08/02/10 | J | B | |
| 46. Eli Lilly | A | Dividend | J | T | | | | | |
| 47. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 48. Pimco Total Return | C | Interest | M | T | | | | | |
| 49. Vanguard Bond Index Sig | C | Interest | L | T | | | | | |
| 50. Marathon (USX) | A | Dividend | J | T | | | | | |
| 51. Vanguard Windsor II | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | PI =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Lrg Cap EFT | A | Dividend | K | T | | | | | |
| 53. DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |
| 54. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | Buy | 07/08/10 | J | | |
| 55. DFA Int. Lg. Cap. | B | Dividend | L | T | | | | | |
| 56. DFA Lg. Cap. Val. | A | Dividend | L | T | Buy | 08/12/10 | J | | |
| 57. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 58. Vanguard Wrld Int. Growth | A | Dividend | K | T | | | | | |
| 59. Vanguard Growth Index | A | Dividend | L | T | | | | | |
| 60. Schwab Money Market - H | A | Interest | J | T | | | | | |
| 61. Home Depot | A | Dividend | K | T | | | | | |
| 62. Longleaf Small Cap. | A | Dividend | K | T | Buy | 02/01/10 | J | | |
| 63. Vanguard Short Term Bd Sig | B | Interest | K | T | | | | | |
| 64. Vanguard GNMA | A | Interest | K | T | | | | | |
| 65. Vanguard HI-Yld Corp. | A | Dividend | | | Sold | 02/01/10 | K | E | |
| 66. Vanguard HI-Yld Corp. | A | Dividend | | | Sold | 02/03/10 | J | A | |
| 67. Vanguard Ex. Mkt. Sig | A | Dividend | K | T | | | | | |
| 68. DFA 6-10 US Sm. Cap. Value | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less         B =$1,001 - $2,500          C =$2,501 - $5,000         D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000.001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000.001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)           U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DFA US Large Cap. | B | Dividend | M | T | | | | | |
| 70. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 71. DFA 5Yr. Global | A | Interest | K | T | | | | | |
| 72. Vanguard ST Invest Gr. | B | Interest | K | T | | | | | |
| 73. Pimco Low Duration | B | Interest | L | T | | | | | |
| 74. DFA Energ Core Eq | A | Dividend | J | T | Buy | 01/29/10 | J | | |
| 75. END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 76. Schwab Cal Muni Mut Fund | A | Interest | L | T | | | | | |
| 77. GCW&F Partners I | | None | J | T | | | | | |
| 78. GCWF Partners II | | None | J | T | | | | | |
| 79. GCWF (A-E) Invest. Partners I | B | Distribution | J | T | | | | | |
| 80. GCWF (F-N)Invest Partners II | B | Distribution | L | T | | | | | |
| 81. DLA Piper Venture 2006 | A | Distribution | K | T | | | | | |
| 82. Onco Fluor, Inc. (Fluro Probe) | | None | K | W | | | | | |
| 83. Bonita View Office | A | Interest | L | T | | | | | |
| 84. Bella Mar RV Park LLC | | None | L | T | | | | | |
| 85. Altria | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kraft | A | Dividend | J | T | | | | | |
| 87. Extreme Networks | | None | J | T | | | | | |
| 88. II-IV, Inc. | | None | J | T | | | | | |
| 89. Diamond Trust Series SPDR Dow Jones | A | Dividend | K | T | Buy | 01/15/10 | J | | |
| 90. Diamond Trust Series/ SPDR Dow Jones | A | Dividend | K | T | | 03/31/10 | J | | Name Change |
| 91. SPDR Dow Jones | A | Dividend | K | T | Buy | 05/03/10 | J | | |
| 92. SPDR Dow Jonese | A | Dividend | K | T | Buy | 05/07/10 | J | | |
| 93. SPDR Dow Jones | A | Dividend | K | T | Buy | 05/12/10 | J | | |
| 94. Qualcomm | A | Dividend | K | T | Buy | 02/04/10 | J | | |
| 95. Qualcomm | A | Dividend | K | T | Buy | 04/28/10 | J | | |
| 96. Qualcomm | A | Dividend | K | T | Buy | 06/21/10 | J | | |
| 97. Cisco Systems | | None | J | T | | | | | |
| 98. Quality Systems, Inc. | A | Dividend | K | T | | | | | |
| 99. Genzyme Corp. | | None | J | T | | | | | |
| 100. Occidental Pet. | A | Dividend | L | T | | | | | |
| 101. QLT | | None | J | T | | | | | |
| 102. Cardium Therapeutics | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Care Fusion | | None | J | T | Buy | 05/10/10 | J | | |
| 104. Care Fusion | | None | J | T | Buy | 05/12/10 | J | | |
| 105. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | F | Rent | P1 | Q | | | | | |
| 106. ISH Index SP 500 | A | Dividend | J | T | | | | | |
| 107. ISH Index FD TR Mscl | A | Dividend | J | T | | | | | |
| 108. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 109. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |
| 110. Allianz Div. Fund | A | Dividend | J | T | | | | | |
| 111. Templeton World | A | Dividend | K | T | | | | | |
| 112. RSB IRA SMITH BARNEY (ASSETS BELOW) | | | | | | | | | |
| 113. Med. Growth (IRA)(TA) (IDEX) | B | Dividend | L | T | | | | | |
| 114. Growth Port. (IRA) (TA) (IDEX) | A | Dividend | J | T | | | | | |
| 115. Smith Barney MM | A | Interest | J | T | | | | | |
| 116. Ivy Asset Fund | A | Dividend | J | T | | | | | |
| 117. Hartford Cap. App. | A | Dividend | J | ·T | | | | | |
| 118. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 119. Calamos Growth Fd. | | None | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SDPR Trust Unit SR1 | A | Dividend | | | Sold | 02/01/10 | J | B | |
| 121. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 122. USE Credit Union SDCA Accts | A | Interest | K | T | | | | | |
| 123. Vanguard CA MM(T) | A | Interest | O | T | | | | | |
| 124. SD Bank | A | Interest | M | T | | | | | |
| 125. Vanguard Life Strategy | A | Dividend | K | T | | | | | |
| 126. Google | | None | L | T | Buy (add'l) | 03/25/10 | J | | |
| 127. Illumina | | None | K | T | Sold | 02/04/10 | L | E | |
| 128. Illumina | | None | K | T | Buy (add'l) | 05/10/10 | J | | |
| 129. Illumina | | None | K | T | Buy (add'l) | 05/26/10 | J | | |
| 130. VMWare | | None | J | T | | | | | |
| 131. Philip Morris | A | Dividend | J | T | | | | | |
| 132. Raytheon | A | Dividend | J | T | Buy | 01/14/10 | J | | |
| 133. Chase Accts./WaMu | A | Interest | K | T | | | | | |
| 134. CitiBank Accts | C | Interest | N | T | | | | | |
| 135. B of A Accts | A | Interest | M | T | | | | | |
| 136. US Bank (T) (SD Nat'l Bank ) | C | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Union Bank Acct (T) | | None | L | T | | | | | |
| 138. SPDR Gold | | None | J | T | Buy | 02/09/10 | J | | |
| 139. Intel | A | Dividend | | | Buy | 01/20/10 | J | | |
| 140. Intel | A | Dividend | | | Sold | 02/25/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 7. This is a Real Estate Trust Deed Fund in a 401(k) savings plan. Participants do not have investment control, nor do they own the underlying assets in the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ MARILYN L. HUFF

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544